the people of the state of New York, on the relation of John D. Elwell, against the Manhattan Chess Club. E. Conway, for appellant. R. H. Channing, for respondent. No opinion. Judgment affirmed, with costs. See 52 N. Y. Supp. 726.

PEOPLE .ex rel. GRAVES, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Third Department. September 20, 1898.) Action by the people of the state of New York, on the relation of Luther H. Graves, against John Q. Davis. No opinion. Appeal dismissed, without costs.

PEOPLE ex rel. JUSSEN, Respondent, v. SCANNELL, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Application for mandamus, on the relation of Carl Jussen, against John J. Scannell, as fire commissioner of the city of New York. Theodore Connoly, for appellant. Henry L. Stimson, for respondent. PER CURIAM. For the reasons stated in the opinion in the case of People v. Keller (decided herewith) 55 N. Y. Supp. 29, the order appealed from should be affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KANE, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Proceeding by the people of the state of New York, on the relation of John J. Kane, against Theodore Roosevelt and others. L. J. Grant, for appellant. W. B. Crowell, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. MORRISON, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Proceeding by the people of the state of New York, on the relation of John A. Morrison, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MULVEY, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by the people of the state of New York, on the relation of Thomas Mulvey, against Bernard J. York and others, as police commissioners, etc. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in People v. York (Sup.) 55 N. Y. Supp. 10.

PEOPLE ex rel. NEW YORK & E. R. FERRY CO. v. ROBERTS. (Supreme Court, Appellate Division, Third Department. December 18, 1898.) Proceeding by the people of the state of New York, on the relation of the New York & East River Ferry Company, against James A. Roberts, as comptroller. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. TOBIN, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Proceedings by the people of the state of New York, on the relation of Rickart J. Tobin, against Bernard J. York and others. H. Ringrose, for appellant. W. B. Crowell, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE'S BUILDING, LOAN & SAVING ASS'N, Appellant, v. PLATZ et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 18, 1898.) Action by the People's Building, Loan & Saving Association against Nicholas B. Platz and others. No opinion. Order affirmed, with $10 costs and disbursements.

PERRINE, Respondent, v. COLONIAL CITY TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Oliver A. Perrine against the Colonial City Traction Company. No opinion. Judgment and order affirmed, with costs.

PICKARD, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1898.) Action by William Pickard against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re PORT CHESTER ST. RY. CO. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) In the matter of the application of the Port Chester Street-Railway Company for the appointment of commissioners, etc. No opinion. Motion granted, and order amended and signed. See 49 N. Y. Supp. 1142, and 54 N. Y. Supp. 1113.

PORTER, Respondent, v. BREED, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Mary L. Porter against James L. Breed. No opinion. Judgment and order affirmed, with costs.

POTTER v. POTTER. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Mary P. Potter against Daniel C. Potter. No opinion. Motion granted, with $10 costs.

POTTER v. POTTER. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Mary P. Potter against Daniel C. Potter. No opinion. Motion to open default granted on payment of $10 costs.

PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Appellants, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the President, Managers, and Company of the Delaware & Hudson Canal Company against the city of Buffalo. No opinion. Reargument ordered.

PROVIDENCE STOCK CO. v. MUTH. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Provi-